# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ARTHUR CHAMBERS,<br><br>        Plaintiff,<br><br>    v.<br><br>NORMA STARNA, et al.,<br><br>        Defendants. | Case No. CV 20-9102-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

DATED: February 22, 2022

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE