JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ARTHUR CHAMBERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORMA STARNA, et al.,<br><br>　　　　Defendants. | Case No. CV 20-9102-VAP (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: February 22, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE